November 5, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

JEANNE RANSOM, Appellant

NO. 14-14-00987-CV                              V.

JEANINE EATON, D.D.S., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Jeanine Eaton, D.D.S., signed September 19, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Jeanne Ransom, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.